IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. YELENA STOLYAR,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant YELENA STOLYAR, having been sentenced in this case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Victorville Medium II, 13777 Air Expressway Boulevard, Victorville, California, on September 11, 2012, by 12:00 noon, and will travel at her own expense.

      DATED August 28, 2012.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge